# Exhibit "A"



# STATEMENT

Prophets Riverview
310 Mosher Drive
Prophetstown, IL 61277
815-537-5175

Statement Date: 5/21/2014
Name: WINKLER, GLADYS    ID: 21900000024
Location: 2S2032

ANITA FISK
208 E 3RD STREET
PROPHETSTOWN, IL 61277-1002

Date Due: 6/1/2014
Amount Due: 5040.00
Amount Paid: _____

☐ Change Of Address (see back of statement)
Detach and return upper portion of statement with payment.

---

Name: WINKLER, GLADYS    ID: 21900000024

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 992.32 | |
| 5/8/2014 | | PAYMENT, THANK YOU - Check #6067 | | | 992.32- |
| 6/1/2014 | 6/30/2014 | ROOM CHARGE @168.00 | 30 | 5040.00 | |

Past due accounts will be subject to interest charge, per Admission Agreement.

Prophets Riverview
310 Mosher Drive
Prophetstown, IL 61277
815-537-5175

Amount Due  5040.00





**STATEMENT**

*Prophets Riverview*  
*310 Mosher Drive*  
*Prophetstown, IL 61277*  
*815-537-5175*

Statement Date:   *6/21/2014*  
Name:   *WINKLER, GLADYS*    ID:   *21900000024*  
Location:   *2S2032*

ANITA FISK  
208 E 3RD STREET  
PROPHETSTOWN, IL 61277-1002

**Date Due:**   7/1/2014  
**Amount Due:**   9314.00  
**Amount Paid:**   _____

❏ Change Of Address (see back of statement)  
Detach and return upper portion of statement with payment.

---

Name: WINKLER, GLADYS    ID: 21900000024

| Service Dates From | Through | Description | Qty | Charge | Payment/ Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 5040.00 | |
| 6/9/2014 | | PAYMENT, THANK YOU - Check #6069 | | | 934.00- |
| 7/1/2014 | 7/31/2014 | ROOM CHARGE @168.00 | 31 | 5208.00 | |

‖ FORMTEXT

---

Past due accounts will be subject to interest charge, per Admission Agreement.

*Prophets Riverview*  
*310 Mosher Drive*  
*Prophetstown, IL 61277*  
*815-537-5175*

Amount Due    | 9314.00 |





# STATEMENT

*Prophets Riverview*
*310 Mosher Drive*
*Prophetstown, IL 61277*
*815-537-5175*

Statement Date: 7/21/2014
Name: WINKLER, GLADYS    ID: 21900000024
Location: 2S2032

ANITA FISK
208 E 3RD STREET
PROPHETSTOWN, IL  61277-1002

Date Due: 8/1/2014
Amount Due: 14522.00
Amount Paid: _____

☐ Change Of Address (see back of statement)
Detach and return upper portion of statement with payment.

Name: WINKLER, GLADYS    ID: 21900000024

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 9314.00 | |
| 8/1/2014 | 8/31/2014 | ROOM CHARGE @168.00 | 31 | 5208.00 | |

Past due accounts will be subject to interest charge, per Admission Agreement.

*Prophets Riverview*
*310 Mosher Drive*
*Prophetstown, IL 61277*
*815-537-5175*

Amount Due  | 14522.00 |





# STATEMENT

*Prophets Riverview*
*310 Mosher Drive*
*Prophetstown, IL 61277*
*815-537-5175*

Statement Date: 8/21/2014
Name: WINKLER, GLADYS  ID: 21900000024
Location: 2S2032

ANITA FISK
208 E 3RD STREET
PROPHETSTOWN, IL 61277-1002

Date Due: 9/1/2014
Amount Due: 19562.00
Amount Paid: _____

☐ Change Of Address (see back of statement)
Detach and return upper portion of statement with payment.

Name: WINKLER, GLADYS  ID: 21900000024

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 14522.00 | |
| 9/1/2014 | 9/30/2014 | ROOM CHARGE @168.00 | 30 | 5040.00 | |

Past due accounts will be subject to interest charge, per Admission Agreement.

*Prophets Riverview*
*310 Mosher Drive*
*Prophetstown, IL 61277*
*815-537-5175*

Amount Due  19562.00

