Exhibit "D"



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 9/20/2013
Name: SNYDER, MARY E
Location: 1S2002

2190001006

MARY SNYDER
310 MOSHER DR
PROPHETSTOWN, IL 61277

Date Due: 10/01/2013
Amount Due: $ 9133.00
Amount Paid: _____
Bill Tracking #
00219001558768

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013
Name: SNYDER, MARY E
Discharge Date:
Acct #: 2190001006
Bill Tracking #
00219001558768

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | .00 | |
| 9/05/2013 | 9/11/2013 | ROOM CHARGE @169.00/DAY | 7 | 1,183.00 | |
| 9/12/2013 | 9/30/2013 | ROOM CHARGE @159.00/DAY | 19 | 3,021.00 | |

ADVANCE BILL   OCT 2013    ROOM CHARGE(31 @ 159.00)                        4,929.00

ENCLOSED PLEASE FIND A COPY OF OUR UPDATED
ANCILLARY CHARGES, EFFECTIVE 8/21/2013. IF
YOU HAVE ANY QUESTIONS, DO NOT HESITATE TO
CONTACT THE BUSINESS OFFICE.

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

Past due accounts will be subject to interest charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due     $9133.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 10/20/2013
Name: SNYDER, MARY E        2190001006
Location: 1S2002

MARY SNYDER
310 MOSHER DR
PROPHETSTOWN, IL 61277

Date Due:        11/01/2013
Amount Due:   $ 13,903.00
Amount Paid: _____
Bill Tracking #
00219001591034

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013        Discharge Date:              Bill Tracking #
Name: SNYDER, MARY E         Acct #: 2190001006           00219001591034

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
|  |  | BALANCE FORWARD |  | 9133.00 |  |
| ADVANCE BILL | NOV 2013 | ROOM CHARGE (30 @ 159.00) |  | 4,770.00 |  |

ENCLOSED PLEASE FIND A COPY OF OUR UPDATED
ANCILLARY CHARGES, EFFECTIVE 8/21/2013. IF
YOU HAVE ANY QUESTIONS, DO NOT HESITATE TO
CONTACT THE BUSINESS OFFICE.

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

Past due accounts will be subject to interest charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due    $13,903.00



**STATEMENT**

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 11/20/2013
Name: SNYDER, MARY E
Location: 1S2002

2190001006

MARY SNYDER
C/O ASHLEY FETROW
PO BOX 144
TAMPICO, IL 61283

Date Due: 12/01/2013
Amount Due: $19,080.00
Amount Paid: _____
Bill Tracking #
00219001624683

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013
Name: SNYDER, MARY E

Discharge Date:
Acct #: 2190001006

Bill Tracking #
00219001624683

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 13,903.00 | |
| ADVANCE BILL | DEC 2013 | ROOM CHARGE (31 @ 167.00) | | 5,177.00 | |

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

---

Past due accounts will be subject to interest charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due  $19,080.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW  
310 MOSHER DR  
PROPHETSTOWN, IL 61277-1002  
815/537-5175

Statement Date: 12/20/2013  
Name: SNYDER, MARY E  
Location: 1S2002  

2190001006

MARY SNYDER  
C/O ASHLEY PETROW  
PO BOX 144  
TAMPICO, IL 61283

Date Due: 1/01/2014  
Amount Due: $ 23,523.00  
Amount Paid: _____  
Bill Tracking #  
00219001657566

☐ Change of Address (see back of statement)  
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013  
Name: SNYDER, MARY E  

Discharge Date:  
Acct #: 2190001006  

Bill Tracking #  
00219001657566

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 19,080.00 | |
| 11/22/2013 | | PAYMENT, THANK YOU - Check #6050 EST 400.00 11/2013 | | | 400.00- |
| ADVANCE BILL | DEC 2013 | ROOM CHARGE REVERSAL | | | 5,177.00- |
| 12/01/2013 | 12/16/2013 | ROOM CHARGE @167.00/DAY | 16 | 2,672.00 | |
| 12/19/2013 | 12/31/2013 | ROOM CHARGE @167.00/DAY | 13 | 2,171.00 | |
| 11/20/2013 | 11/20/2013 | | 1 | | |
| 11/20/2013 | 11/20/2013 | | 3 | | |
| 11/20/2013 | 11/20/2013 | | 1 | | |
| 11/20/2013 | 11/20/2013 | | 1 | | |
| 11/24/2013 | 11/24/2013 | | 6 | | |
| 12/06/2013 | 12/06/2013 | | 1 | | |
| 12/11/2013 | 12/11/2013 | | 1 | | |
| ADVANCE BILL | JAN 2014 | ROOM CHARGE(31 @ 167.00) | | 5,177.00 | |

For timely and accurate posting of your payment, please include the top remit portion of the statement with your payment each month. Thank you!

Past due accounts will be subject to interest charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW  
310 MOSHER DR  
PROPHETSTOWN, IL 61277-1002  
815/537-5175



Amount Due  $23,523.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW  
310 MOSHER DR  
PROPHETSTOWN, IL 61277-1002  
815/537-5175  

Statement Date: 1/20/2014  
Name: SNYDER, MARY E                     2190001006  
Location: 1S2002  

MARY SNYDER  
C/O ASHLEY FETROW  
PO BOX 144  
TAMPICO, IL 61283  

Date Due:        2/01/2014  
Amount Due:   $ 28,199.00  
Amount Paid: _____  
Bill Tracking #  
00219001691860  

☐ Change of Address (see back of statement)  
Detach and return upper portion of statement with payment.

---

Admit Date: 9/05/2013         Discharge Date:              Bill Tracking #  
Name: SNYDER, MARY E          Acct #: 2190001006           00219001691860  

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
|  |  | BALANCE FORWARD |  | 23,523.00 |  |
| ADVANCE BILL | FEB 2014 | ROOM CHARGE(28 @ 167.00) |  | 4,676.00 |  |

For timely and accurate posting of your  
payment, please include the top remit portion  
of the statement with your payment each month.  
Thank you!

---

Past due accounts will be subject to interest charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW  
310 MOSHER DR  
PROPHETSTOWN, IL 61277-1002  
815/537-5175  



Amount Due    $28,199.00 -



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW  
310 MOSHER DR  
PROPHETSTOWN, IL 61277-1002  
815/537-5175

Statement Date: 2/20/2014  
Name: SNYDER, MARY E    2190001006  
Location: 1S2002

MARY SNYDER  
C/O ASHLEY FETROW  
PO BOX 144  
TAMPICO, IL 61283

Date Due: 3/01/2014  
Amount Due: $32,976.00  
Amount Paid: _____  
Bill Tracking #  
00219001726467

☐ Change of Address (see back of statement)  
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013  
Name: SNYDER, MARY E  
Discharge Date:  
Acct #: 2190001006  
Bill Tracking #  
00219001726467

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
|  |  | BALANCE FORWARD |  | 28,199.00 |  |
| 2/12/2014 |  | PAYMENT, THANK YOU 2/2014 EST 400.00 |  |  | 400.00- |
| ADVANCE BILL | MAR 2014 | ROOM CHARGE (31 @ 167.00) |  | 5,177.00 |  |

**PLEASE DO NOT STAPLE CHECKS TO REMITTANCE PORTION OF THE BILLING** THANK YOU!

For timely and accurate posting of your payment, please include the top remit portion of the statement with your payment each month. Thank you!

DEAR ASHLEY:  
PLEASE CONTINUE WITH ESTIMATED PAYMENT EACH MONTH. PLEASE SEND US A WORKSHEET OF HOW YOU ARRIVED AT THIS PAYMENT AND COPIES OF DEDUCTED MEDICAL BILLS. SUSAN  815-244-7715

Past due accounts will be subject to interest charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW  
310 MOSHER DR  
PROPHETSTOWN, IL 61277-1002  
815/537-5175



Amount Due  $32,976.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 3/20/2014
Name: SNYDER, MARY E    2190001006
Location: 1S2002

MARY SNYDER
C/O ASHLEY FETROW
PO BOX 144
TAMPICO, IL 61283

Date Due: 4/01/2014
Amount Due: $37,986.00
Amount Paid: _____
Bill Tracking #
00219001758032

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013    Discharge Date:    Bill Tracking #
Name: SNYDER, MARY E    Acct #: 2190001006    00219001758032

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 32,976.00 | |
| | | ADVANCE BILL  APRIL 2014 ROOM CHARGE(30 @ 167.00) | | 5,010.00 | |

**PLEASE DO NOT STAPLE CHECKS TO REMITTANCE PORTION OF THE BILLING**  THANK YOU!

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

DEAR ASHLEY:
I DID NOT RECEIVE AN ESTIMATED PAYMENT FOR
MARCH. PLEASE SEND THIS PAYMENT IMMEDIATELY
WITH A WORKSHEET OF MEDICAL DEDUCTIONS.
SUSAN  815-244-7715

Past due accounts will be subject to interest charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due    $37,986.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 4/20/2014
Name: SNYDER, MARY E        2190001006
Location: 1S2002

MARY SNYDER
C/O ASHLEY FETROW
PO BOX 144
TAMPICO, IL 61283

Date Due: 5/01/2014
Amount Due: $ 42,763.00
Amount Paid: _____
Bill Tracking #
00219001793088

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013
Name: SNYDER, MARY E
Discharge Date:
Acct #: 2190001006
Bill Tracking #
00219001793088

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 37,986.00 | |
| 4/18/2014 | | PAYMENT, THANK YOU - Check #6053 EST APRIL 400.00 2014 | | | 400.00- |
| ADVANCE BILL | MAY 2014 | ROOM CHARGE(31 @ 167.00) | | 5,177.00 | |

**PLEASE DO NOT STAPLE CHECKS TO REMITTANCE PORTION OF THE BILLING** THANK YOU!

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

DEAR ASHLEY:
PLEASE CONTINUE TO SEND ESTIMATED PAYMENT EACH
MONTH. PAYMENTS ARE DUE ON THE 3RD OF EACH
MONTH - ALONG W/WORKSHEET OF MEDICAL DEDUCTION
SUSAN  815-244-7715

Past due accounts will be subject to interest charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due | $42,763.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 5/20/2014
Name: SNYDER, MARY E    2190001006
Location: 1S2002

MARY SNYDER
C/O ASHLEY FETROW
PO BOX 144
TAMPICO, IL 61283

Date Due: 6/01/2014
Amount Due: $47,773.00
Amount Paid: _____
Bill Tracking #
00219001827296

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013
Name: SNYDER, MARY E
Discharge Date:
Acct #: 2190001006
Bill Tracking #
00219001827296

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 42,763.00 | |
| | | ADVANCE BILL JUNE 2014 ROOM CHARGE(30 @ 167.00) | | 5,010.00 | |

**PLEASE DO NOT STAPLE CHECKS TO REMITTANCE PORTION OF THE BILLING** THANK YOU!

For timely and accurate posting of your payment, please include the top remit portion of the statement with your payment each month. Thank you!

DEAR ASHLEY:
PLEASE CONTINUE TO SEND ESTIMATED PAYMENT EACH MONTH. PAYMENTS ARE DUE ON THE 3RD OF EACH MONTH - ALONG W/WORKSHEET OF MEDICAL DEDUCTION
SUSAN  815-244-7715

Past due accounts will be subject to interest charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due    $47,773.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 6/20/2014
Name: SNYDER, MARY E
Location: 1S2002

2190001006

MARY SNYDER
C/O ASHLEY FETROW
PO BOX 144
TAMPICO, IL 61283

Date Due: 7/01/2014
Amount Due: $ 52,950.00
Amount Paid: _____
Bill Tracking # 00219001862988

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013
Name: SNYDER, MARY E
Discharge Date:
Acct #: 2190001006
Bill Tracking # 00219001862988

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 47,773.00 | |
| 5/21/2014 | 5/21/2014 | | | | |
| 5/21/2014 | 5/21/2014 | | | | |
| 5/30/2014 | 5/30/2014 | | | | |
| 5/30/2014 | 5/30/2014 | | | | |
| 6/08/2014 | 6/08/2014 | | | | |

ADVANCE BILL  JULY 2014  ROOM CHARGE(31 @ 167.00)    5,177.00

**PLEASE DO NOT STAPLE CHECKS TO REMITTANCE
PORTION OF THE BILLING** THANK YOU!

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

DEAR ASHLEY:
PLEASE CONTINUE TO SEND ESTIMATED PAYMENT EACH
MONTH. PAYMENTS ARE DUE ON THE 3RD OF EACH
MONTH - ALONG W/WORKSHEET OF MEDICAL DEDUCTION
SUSAN  815-244-7715

Past due accounts will be subject to a late payment charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Amount Due  $52,950.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 7/20/2014
Name: SNYDER, MARY E              2190001006
Location: 2S3111

ASHLEY FETROW
304 W 3RD ST
PO BOX 144
TAMPICO, IL 61283

Date Due:          8/01/2014
Amount Due:        48,942.00
Amount Paid: _____
Bill Tracking #
00219001897607

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013        Discharge Date:              Bill Tracking #
Name: SNYDER, MARY E         Acct #: 2190001006           00219001897607

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 52,950.00 | |
| ADVANCE BILL | JULY 2014 | ROOM CHARGE REVERSAL | | | 5,177.00- |
| 7/01/2014 | 7/07/2014 | ROOM CHARGE @167.00/DAY | 7 | 1,169.00 | |

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

DEAR ASHLEY:
PLEASE CONTINUE TO SEND ESTIMATED PAYMENT EACH
MONTH. PAYMENTS ARE DUE ON THE 3RD OF EACH
MONTH - ALONG W/WORKSHEET OF MEDICAL DEDUCTION
SUSAN  815-244-7715

Past due accounts will be subject to a late payment charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due   $48,942.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 8/20/2014
Name: SNYDER, MARY E
Location: 2S3111

2190001006

ASHLEY FETROW
304 W 3RD ST
PO BOX 144
TAMPICO, IL 61283

Date Due: 9/01/2014
Amount Due: $48,942.00
Amount Paid: _____
Bill Tracking #
00219001933591

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013
Name: SNYDER, MARY E

Discharge Date:
Acct #: 2190001006

Bill Tracking #
00219001933591

| Service Dates From | Through | Description | Qty | Charge | Payment/ Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 48,942.00 | -- |

For timely and accurate posting of your payment, please include the top remit portion of the statement with your payment each month. Thank you!

DEAR ASHLEY:
PLEASE CONTINUE TO SEND ESTIMATED PAYMENT EACH MONTH. PAYMENTS ARE DUE ON THE 3RD OF EACH MONTH - ALONG W/WORKSHEET OF MEDICAL DEDUCTION
SUSAN 815-244-7715

Past due accounts will be subject to a late payment charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due | $48,942.00



**THE EVANGELICAL LUTHERAN Good Samaritan Society**
In Christ's Love, Everyone Is Someone.

# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 9/20/2014
Name: SNYDER, MARY E
Location: 283111

2190001006

ASHLEY FETROW
304 W 3RD ST
PO BOX 144
TAMPICO, IL 61283

Date Due: 10/01/2014
Amount Due: $ 60,799.00
Amount Paid: _____
Bill Tracking #
00219001969896

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013
Name: SNYDER, MARY E

Discharge Date:
Acct #: 2190001006

Bill Tracking #
00219001969896

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 48,942.00 | |
| 8/22/2014 | 8/31/2014 | ROOM CHARGE @167.00/DAY | 10 | 1,670.00 | |
| 9/01/2014 | 9/30/2014 | ROOM CHARGE @167.00/DAY | 30 | 5,010.00 | |
| ADVANCE BILL | OCT 2014 | ROOM CHARGE (31 @ 167.00) | | 5,177.00 | |

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

DEAR ASHLEY:
PLEASE CONTINUE TO SEND ESTIMATED PAYMENT EACH
MONTH. PAYMENTS ARE DUE ON THE 3RD OF EACH
MONTH - ALONG W/WORKSHEET OF MEDICAL DEDUCTION
SUSAN  815-244-7715

Past due accounts will be subject to a late payment charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due     $ 60,799.00



STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 10/20/2014
Name: SNYDER, MARY E
Location: 2S3111
2190001006

ASHLEY FETROW
304 W 3RD ST
PO BOX 144
TAMPICO, IL 61283

Date Due: 11/01/2014
Amount Due: $65,910.00
Amount Paid: _____
Bill Tracking #
00219002005004

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013
Name: SNYDER, MARY E
Discharge Date:
Acct #: 2190001006
Bill Tracking #
00219002005004

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 60,799.00 | |
| ADVANCE BILL | OCT 2014 | ROOM CHARGE REVERSAL | | | 5,177.00- |
| 8/22/2014 | 8/31/2014 | ROOM CHARGE @1.00/DAY | 10 | 10.00 | |
| 9/01/2014 | 9/30/2014 | ROOM CHARGE @1.00/DAY | 30 | 30.00 | |
| 10/01/2014 | 10/31/2014 | ROOM CHARGE @168.00/DAY | 31 | 5,208.00 | |
| ADVANCE BILL | NOV 2014 | ROOM CHARGE(30 @ 168.00) | | 5,040.00 | |

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

DEAR ASHLEY:
PLEASE CONTINUE TO SEND ESTIMATED PAYMENT EACH
MONTH. PAYMENTS ARE DUE ON THE 3RD OF EACH
MONTH - ALONG W/WORKSHEET OF MEDICAL DEDUCTION
SUSAN  815-244-7715

Past due accounts will be subject to a late payment charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due  $65,910.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 11/20/2014
Name: SNYDER, MARY E            2190001006
Location: 2S3111

ASHLEY FETROW
304 W 3RD ST
PO BOX 144
TAMPICO, IL 61283

Date Due:        12/01/2014
Amount Due:      $71,304.00
Amount Paid: _____
Bill Tracking #
00219002041729

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013        Discharge Date:              Bill Tracking #
Name: SNYDER, MARY E         Acct #: 2190001006           00219002041729

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 65,910.00 | |

ADVANCE BILL   DEC 2014    ROOM CHARGE(31 @ 174.00)                     5,394.00

***PLEASE REFRAIN FROM USING NAILS OR STAPLES
TO DECORATE OUR NEW RESIDENT DOORS.********
**********MANY THANKS************
***DON'T FORGET TO LABEL YOUR LOVED ONES NEW
CHRISTMAS GIFTS WITH THEIR RESIDENT NUMBER.**

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

DEAR ASHLEY:
PLEASE CONTINUE TO SEND ESTIMATED PAYMENT EACH
MONTH. PAYMENTS ARE DUE ON THE 3RD OF EACH
MONTH - ALONG W/WORKSHEET OF MEDICAL DEDUCTION
SUSAN  815-244-7715

Past due accounts will be subject to a late payment charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due  $71,304.00



# STATEMENT

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW  
310 MOSHER DR  
PROPHETSTOWN, IL 61277-1002  
815/537-5175

Statement Date: 12/20/2014  
Name: SNYDER, MARY E  
Location: 2S3111

2190001006

ASHLEY FETROW  
304 W 3RD ST  
PO BOX 144  
TAMPICO, IL 61283

Date Due: 1/01/2015  
Amount Due: $ 56,242.80  
Amount Paid: _____  
Bill Tracking # 00219002077553

☐ Change of Address (see back of statement)  
Detach and return upper portion of statement with payment.

Admit Date: 9/05/2013  
Name: SNYDER, MARY E  
Discharge Date:  
Acct #: 2190001006  
Bill Tracking # 00219002077553

| Service Dates From | Through | Description | Qty | Charge | Payment/ Credit |
|---|---|---|---|---|---|
|  |  | BALANCE FORWARD |  | 71,304.00 |  |
| ADVANCE BILL | DEC 2014 | PRIVATE PORTION REVERSAL |  |  | 5,394.00- |
| 7/01/2014 | 7/07/2014 | ROOM CHARGE REVERSAL | 7- |  | 1,169.00- |
| 8/22/2014 | 8/31/2014 | PRIVATE PORTION |  | 1,369.30 |  |
| 8/22/2014 | 8/31/2014 | PRIVATE PORTION REVERSAL |  |  | 1,680.00- |
| 9/01/2014 | 9/11/2014 | PRIVATE PORTION |  | 1,420.10 |  |
| 9/01/2014 | 9/30/2014 | PRIVATE PORTION REVERSAL |  |  | 5,040.00- |
| 10/01/2014 | 10/11/2014 | PRIVATE PORTION |  | 1,420.10 |  |
| 10/01/2014 | 10/31/2014 | PRIVATE PORTION REVERSAL |  |  | 5,208.00- |
| 11/01/2014 | 11/11/2014 | PRIVATE PORTION |  | 1,420.10 |  |
| 11/01/2014 | 11/30/2014 | PRIVATE PORTION REVERSAL |  |  | 5,040.00- |
| 12/01/2014 | 12/11/2014 | PRIVATE PORTION |  | 1,420.10 |  |

ADVANCE BILL  JAN 2015   PRIVATE PORTION                           1,420.10

Past due accounts will be subject to a late payment charge, per Admission/Occupancy Agreement



Amount Due  Continued next page



**STATEMENT**

GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175

Statement Date: 12/20/2014
Name: SNYDER, MARY E          2190001006
Location: 2S3111

ASHLEY FETROW
304 W 3RD ST
PO BOX 144
TAMPICO, IL 61283

Date Due:        1/01/2015
Amount Due:    $56,242.80
Amount Paid: _____
Bill Tracking #
00219002077553

☐ Change of Address (see back of statement)
Detach and return upper portion of statement with payment.

| Admit Date: 9/05/2013 | Discharge Date: | Bill Tracking # |
| Name: SNYDER, MARY E | Acct #: 2190001006 | J0219002077553 |

| Service Dates From | Through | Description | Qty | Charge | Payment/Credit |
|---|---|---|---|---|---|

**BALANCE FROM PREVIOUS PAGE**

*********ILLINOIS MEDICAID RECIPIENTS*********
THIS BILLING REFLECTS 2014 MEDICAID PRIVATE
PORTIONS. PLEASE BE ADVISED YOU MUST INCLUDE
2015 INCOME INCREASES IN YOUR JANUARY 2015
PAYMENT.QUESTIONS, CONTACT THE BUSINESS OFFICE

For timely and accurate posting of your
payment, please include the top remit portion
of the statement with your payment each month.
Thank you!

DEAR ASHLEY:
PLEASE CONTINUE TO SEND ESTIMATED PAYMENT EACH
MONTH. PAYMENTS ARE DUE ON THE 3RD OF EACH
MONTH - ALONG W/WORKSHEET OF MEDICAL DEDUCTION
SUSAN  815-244-7715

Past due accounts will be subject to a late payment charge, per Admission/Occupancy Agreement

The Evangelical Lutheran Good Samaritan Society d.b.a. GOOD SAMARITAN SOCIETY - PROPHETS RIVERVIEW
310 MOSHER DR
PROPHETSTOWN, IL 61277-1002
815/537-5175



Amount Due   $ 56,242.80