IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Evangelical Lutheran Good Samaritan Society, et al,

Plaintiff(s),

v.

Felicia Norwood,

Defendant(s).

Case No. 16 cv 9491
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

   which ☐ includes      pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Defendants, Village of Round Lake Park, Officer Matthew Lyons, Officer Anthony Colon, Officer Brandon Gullifor and Village of Round Lake and against the Plaintiff, Quendalyne Alexander.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss Plaintiff's second amended complaint.

Date:  5/16/2018                                        Thomas G. Bruton, Clerk of Court

Nakita Perdue , Deputy Clerk